# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUREENA BAINS-TAKHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:21-cv-00787-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATION RE: TRIAL BRIEFING SCHEDULE** |

Based upon the stipulation of the Parties, IT IS HEREBY ORDERED that the trial briefing schedule in this ERISA action is set as follows:

- Cross-Motions for Judgment under Rule 52: February 28, 2022
- Oppositions: March 28, 2022
- Replies, if any: April 11, 2022

**IT IS SO ORDERED.**

Dated: January 20, 2022

Troy L. Nunley
United States District Judge